UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-7114-MWF(JCx)**                                         Dated: **March 13, 2017**

Title:      Michael Rocca -v- The Pep Boys Manny Moe and Jack of California, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Notice of Settlement filed March 10, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 8, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED**.

MINUTES FORM 90                                                Initials of Deputy Clerk   cw
CIVIL - GEN