JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>　　　Plaintiff,<br><br>v.<br><br>The Pep Boys Manny Moe & Jack of California, et al.,<br><br>　　　Defendants. | Case No. CV16-07114 MWF (JCx)<br><br>**Order on Joint Stipulation for Dismissal** |

　　Upon consideration of the Joint Motion for Dismissal submitted by the parties, it is hereby ordered that the above-entitled action is dismissed with prejudice in its entirety.

Dated: May 8, 2017_____  _____
　　　　　　　　　　　　　　United States District Judge

*Rocca v. The Pep Boys Manny Moe & Jack of California, Inc., et al.*　　Case No. CV16-07114 MWF (JCx)
[Proposed] Order on Joint Stipulation for Dismissal
Page 1